| AO 10 Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2007 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Gillmor, Helen | 2. Court or Organization U.S. District Court | 3. Date of Report 05/08/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Active U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2007 to 12/31/2007 |
| 7. Chambers or Office Address 300 Ala Moana Blvd. Room C-400 Honolulu, Hawaii 96850 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Hawaii Womens Legal Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 15 P 12: 54 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Earned Income |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. Aecom Tech | | None | J | T | buy | 05/17 | J | | |
| 3. Appolo Inv | A | Dividend | J | T | buy | 02/21 | J | | |
| 4. | A | Dividend | J | T | buy | 03/13 | J | | |
| 5. Chicos FAS | | | J | T | Partial sale | 03/27 | J | | |
| 6. Cisco Systems | | | J | T | buy | 10/16 | J | | |
| 7. Citgroup | A | Dividend | J | T | | | | | |
| 8. | A | Dividend | J | T | buy | 07/20 | J | | |
| 9. | A | Dividend | J | T | buy | 10/16 | J | | |
| 10. | A | Dividend | J | T | buy | 10/19 | J | | |
| 11. | A | Dividend | J | T | buy | 11/15 | J | | |
| 12. | A | Dividend | J | T | buy | 11/26 | J | | |
| 13. Coca Cola | A | Dividend | | T | buy | 05/25 | K | | |
| 14. | A | Dividend | | T | partial sale | 11/13 | J | A | |
| 15. | A | Dividend | | T | sell | 11/21 | J | B | |
| 16. Cohen & Steers REIT | C | Dividend | L | T | | | | | |
| 17. | A | Dividend | J | T | partial sale | 01/10 | J | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | A | Dividend | J | T | buy | 08/07 | J | | |
| 19. | A | Dividend | J | T | buy | 09/05 | J | | |
| 20. | A | Dividend | J | T | buy | 09/17 | J | | |
| 21. C. Vale do Rio | A | Dividend | K | T | buy | 05/23 | K | | |
| 22. Conoco Phillips | A | Dividend | K | T | buy | 01/03 | J | | |
| 23. Corning | A | Dividend | J | T | buy | 09/17 | J | | |
| 24. | A | Dividend | J | T | sale | 12/19 | J | A | |
| 25. CSX Corp | A | Dividend | | | | | | | |
| 26. | A | Dividend | J | T | Partial sale | 02/02 | J | C | |
| 27. | A | Dividend | J | T | sell | 11/14 | J | C | |
| 28. Deerfield Triarc | A | Dividend | J | T | buy | 07/11 | J | | |
| 29. | A | Dividend | J | T | buy | 08/03 | J | | |
| 30. Diana Shipping | A | Dividend | J | T | buy | 03/01 | J | | |
| 31. | A | Dividend | J | T | buy | 03/28 | J | | |
| 32. | A | Dividend | J | T | buy | 03/30 | J | | |
| 33. | A | Dividend | | T | partial sale | 09/26 | J | C | |
| 34. Foster Wheeler | | | J | T | partial sale | 02/06 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | J | T | partial sale | 05/09 | J | C | |
| 36. | | | J | T | partial sale | 06/29 | J | D | |
| 37. | | | J | T | partial sale | 09/12 | J | D | |
| 38. Freeport McMoran | A | Dividend | K | T | buy | 05/16 | K | | |
| 39. | A | Dividend | | T | partial sale | 10/01 | J | B | |
| 40. Gap, Inc | A | Dividend | | T | buy | 01/25 | J | | |
| 41. | A | Dividend | | T | sell | 11/13 | J | A | |
| 42. Gabelli Global | A | Dividend | J | T | buy | 03/28 | J | | |
| 43. General Electric | A | Dividend | | T | sell | 10/01 | J | A | |
| 44. Goldman Sachs | A | Dividend | K | T | buy | 01/27 | K | | |
| 45. Halliburton | A | Dividend | J | T | buy | 01/26 | J | | |
| 46. Hershey | A | Dividend | | T | sell | 01/18 | J | A | |
| 47. Host Hotels | A | Dividend | J | T | sell | 01/24 | J | D | |
| 48. HR Property Trust | A | Dividend | J | T | partial sale | 01/25 | J | B | |
| 49. | A | Dividend | J | T | partial sale | 03/12 | J | C | |
| 50. Intel Corp. | A | Dividend | J | T | sale | 01/18 | J | | |
| 51. Microsoft | A | Dividend | J | T | sale | 01/24 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Prestige Brands | | | J | T | | | | | |
| 53. Ruth Chris Steakhouse | | | J | T | buy | 02/22 | J | | |
| 54. | | | J | T | buy | 05/02 | J | | |
| 55. Soverign Bancorp | A | Dividend | J | T | | | | | |
| 56. Thornberg Mortgage | A | Dividend | J | T | buy | 10/10 | J | | |
| 57. XTO Energy | | Dividend | K | T | buy | 07/16 | K | | |
| 58. Barron Asset Fund | B | Dividend | K | T | | | | | |
| 59. Gabelli asset Fund | B | Dividend | L | T | partial sale | 05/17 | K | | |
| 60. Janus Fund | B | Dividend | L | T | partial sale | 04/11 | J | A | |
| 61. Laudus Intl. Fund | A | Dividend | K | T | partial sale | 04/05 | K | D | |
| 62. Brokerage Acct #1 | | | | | | | | | |
| 63. Money Market Fund | A | Int./Div. | J | T | | | | | |
| 64. Brokerage Acct #2 | | | | | | | | | |
| 65. Scopia PX LLC | C | Int./Div. | M | T | | | | | |
| 66. IRA # 2 | | | | | | | | | |
| 67. Money Market Fund | | | | | | | | | |
| 68. Archer Daniels Mid | A | Dividend | | T | sell | 03/09 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Banco Itau | A | Dividend | | T | sell | 02/01 | J | B | |
| 70. Brasil Telecom | A | Dividend | | T | buy | 03/13 | J | | |
| 71. | A | Dividend | | T | partial sale | 07/19 | J | C | |
| 72. Cohen & Steers REIT | B | Dividend | K | T | | | | | |
| 73. | A | Dividend | | T | partial sale | 01/09 | J | A | |
| 74. | A | Dividend | | T | partial sale | 03/12 | J | B | |
| 75. | A | Dividend | J | T | buy | 07/31 | J | | |
| 76. | A | Dividend | J | T | buy | 08/03 | J | | |
| 77. | A | Dividend | J | T | buy | 09/20 | J | | |
| 78. | A | Dividend | J | T | buy | 12/04 | J | | |
| 79. | A | Dividend | J | T | buy | 12/10 | J | | |
| 80. Co Vale do Rio | | Dividend | J | T | sell | 01/31 | J | B | |
| 81. Crocs, Inc. | | | | T | buy | 03/01 | J | | |
| 82. | | | | T | buy | 03/06 | J | | |
| 83. | | | | T | buy | 03/13 | J | | |
| 84. | | | | T | partial sale | 04/12 | J | B | |
| 85. | | | | T | partial sale | 04/20 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | T | partial sale | 05/02 | J | B | |
| 87. | | | | T | partial sale | 05/04 | J | C | |
| 88. | | | | T | partial sale | 07/09 | J | C | |
| 89. | | | | T | sell | 07/31 | J | D | |
| 90. Crystal River Cap | A | Dividend | J | T | buy | 08/03 | J | | |
| 91. | A | Dividend | J | T | buy | 09/05 | J | | |
| 92. | | | | T | sell | 09/25 | J | B | |
| 93. Diageo | A | Dividend | | T | sell | 04/24 | K | B | |
| 94. Deerfield Capital | A | Dividend | J | T | buy | 05/08 | K | | |
| 95. | A | Dividend | J | T | buy | 05/15 | J | | |
| 96. | A | Dividend | J | T | buy | 07/11 | J | | |
| 97. | A | Dividend | J | T | buy | 07/25 | J | | |
| 98. | A | Dividend | J | T | buy | 07/31 | J | | |
| 99. | A | Dividend | J | T | buy | 10/30 | J | | |
| 100. GMarket | | | | T | buy | 01/24 | J | | |
| 101. | | | | T | buy | 03/13 | J | | |
| 102. | | | | T | sell | 08/02 | K | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. HR Property Trust | A | Dividend | | T | partial sale | 01/23 | J | B | |
| 104. | A | Dividend | | T | partial sale | 02/02 | J | A | |
| 105. | A | Dividend | | T | partial sale | 02/13 | J | A | |
| 106. | A | Dividend | | T | sell | 03/12 | K | B | |
| 107. I Flow Corp. | | | | T | sell | 02/22 | J | B | |
| 108. Isilon Systems | | | J | T | buy | 03/27 | J | | |
| 109. | | | J | T | but | 04/02 | J | | |
| 110. | | | J | T | buy | 04/26 | J | | |
| 111. Level 3 Comm | | | J | T | buy | 04/30 | J | | |
| 112. Magyar Telecom | | | | T | sell | 12/05 | J | A | |
| 113. Palomar Med Tech | | | J | T | buy | 01/24 | J | | |
| 114. | | | J | T | buy | 02/09 | J | | |
| 115. | | | J | T | buy | 02/13 | J | | |
| 116. | | | J | T | buy | 02/23 | J | | |
| 117. | | | J | T | buy | 03/09 | J | | |
| 118. Patriot Coal | | | | T | spin off | 10/31 | J | | from Peabody Energy |
| 119. Peabody Energy | A | Dividend | K | T | partial sale | 04/20 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50.000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Salton, Inc | | | J | T | | | | | |
| 121. Sears Holdings | | | J | T | buy | 02/06 | K | | |
| 122. | | | J | T | buy | 05/07 | K | | |
| 123. Southern Copper | | | | T | buy | 01/03 | J | | |
| 124. | | | | T | sell | 01/31 | J | B | |
| 125. Texas Roadhouse | | | J | T | buy | 01/03 | J | | |
| 126. Universal Health REIT | A | Dividend | | T | partial sale | 01/26 | J | B | |
| 127. | A | Dividend | | T | partial sale | 09/19 | J | | |
| 128. | | | | T | buy | 07/31 | J | | |
| 129. | | | | T | sell | 09/19 | J | B | |
| 130. USG Corp. | | | J | T | buy | 02/06 | K | | |
| 131. | | | J | T | buy | 03/13 | J | | |
| 132. | | | J | T | buy | 04/25 | J | | |
| 133. Windstream Corp. | | | | T | sell | 03/06 | J | B | |
| 134. World Wrestling Ent. | | | | T | sell | 02/23 | J | | |
| 135. IRA # 3 | | | | | | | | | |
| 136. Money Mkt Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Angiodynamics | | | | T | sell | 11/27 | J | | |
| 138. Thornberg Mtge | A | Dividend | J | T | buy | 12/04 | J | | |
| 139. Brokerage Act # 3 | | | | | | | | | |
| 140. AT&T (SBC Comm) | A | Dividend | J | T | | | | | |
| 141. Deerfield Cap | A | Dividend | J | T | buy | 03/07 | J | | |
| 142. HRPT Properties Trust | A | Dividend | J | T | | | | | |
| 143. Palomar Med Tech | | | J | T | buy | 03/07 | J | | |
| 144. Savient Pharm | | | J | T | buy | 03/07 | J | | |
| 145. Trust #1 | | | | | | | | | |
| 146. Abbott Labs | A | Dividend | J | T | | | | | |
| 147. Adobe Systems | | | J | T | | | | | |
| 148. Alcan Inc | A | Dividend | | T | sell | 09/26 | J | D | |
| 149. Alcoa Inc | A | Dividend | J | T | buy | 10/09 | J | | |
| 150. Altera Corp. | A | Dividend | J | T | | | | | |
| 151. Am Intl Group | A | Dividend | J | T | | | | | |
| 152. Amgen, Inc | | | J | T | | | | | |
| 153. Andarko Pete | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  Applied Materials | A | Dividend | J | T | | | | | |
| 155.  AT&T | A | Dividend | J | T | | | | | |
| 156.  Banco Bilbao Vizcaya | A | Dividend | | T | sell | 10/24 | J | A | from Compass Bkshrs merger |
| 157.  Bank of America | A | Dividend | J | T | | | | | |
| 158.  CVS Corp | A | Dividend | J | T | | | | | |
| 159.  Centurytel | A | Dividend | J | T | | | | | |
| 160.  Compass  Bankshares | A | Dividend | | T | merger | 09/12 | J | | for shares of Banco Bilbao |
| 161.  Constellation Brands | | | | T | sell | 07/02 | J | | |
| 162.  Devon Energy | A | Dividend | J | T | | | | | |
| 163.  Dupont Chem. | A | Dividend | J | T | | | | | |
| 164.  Emerson Elec. | A | Dividend | K | T | | | | | |
| 165.  Exxon Mobile | A | Dividend | K | T | | | | | |
| 166.  First Data | A | Dividend | | | cash merger | 09/25 | J | B | |
| 167.  Forrest Labs | A | Dividend | J | T | | | | | |
| 168.  Freeport McMoran | A | Dividend | J | T | | | | | |
| 169.  Gannett Corp | A | Dividend | J | T | | | | | |
| 170.  General Electric | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  General Mills | A | Dividend | J | T | | | | | |
| 172.  Harrah's Entertainment | A | Dividend | | T | sell | 09/26 | J | C | |
| 173.  Hewlett Packard | A | Dividend | J | T | | | | | |
| 174.  Honywell Int | A | Dividend | J | T | | | | | |
| 175.  IBM | A | Dividend | | T | | | | | |
| 176.  Ideare Inc | | | | T | sell | 02/28 | J | A | |
| 177.  Intel Corp. | A | Dividend | J | T | | | | | |
| 178.  JP Morgan | A | Dividend | J | T | | | | | |
| 179.  Lehman Bros. | A | Dividend | K | T | | | | | |
| 180.  Lincoln Nat Corp. | A | Dividend | J | T | | | | | fna Jefferson Pilot |
| 181.  Lowes Cos | A | Dividend | J | T | | | | | |
| 182.  Medtronic Inc | A | Dividend | J | T | | | | | |
| 183.  3M Co | A | Dividend | K | T | | | | | |
| 184.  Oracle Corp | | | J | T | | | | | |
| 185.  Pepsico | A | Dividend | K | T | | | | | |
| 186.  Pfizer Inc | A | Dividend | J | T | | | | | |
| 187.  Praxair, Inc | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. Proctor & Gamble | A | Dividend | K | T | | | | | |
| 189. Southern Co | A | Dividend | J | T | | | | | |
| 190. St Paul Travelers | | | | | | | | | nka Travelers Cos |
| 191. Target Corp | A | Dividend | J | T | | | | | |
| 192. Travelers Cos | A | Dividend | J | T | | | | | fna St Paul Travelers |
| 193. Verizon | A | Dividend | J | T | | | | | |
| 194. Wallgreen | A | Dividend | J | T | | | | | |
| 195. Wells Fargo | A | Dividend | J | T | | | | | |
| 196. Western Union | A | Dividend | J | T | | | | | |
| 197. Key Bank Small Cap Fd | B | Dividend | L | T | | | | | |
| 198. Key Bank Tax Exempt | C | Interest | L | T | | | | | |
| 199. Harbor Int Fund | | Dividend | J | T | | | | | |
| 200. Ishares Emrging Mkts | A | Dividend | J | T | | | | | |
| 201. | | | | | | | | | |
| 202. Penobscot Trading Co Honolulu, HI | | | J | U | | | | | |
| 203. Insurance Policies | | | | | | | | | |
| 204. New York life | B | Dividend | M | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. New York Life | B | Dividend | L | U | | | | | |
| 206. MONY | A | Dividend | J | U | | | | | |
| 207. Washington Nat Life | A | Dividend | J | T | | | | | |
| 208. Brokerage Act # 4 | | | | | | | | | |
| 209. Abbott Labs | A | Dividend | | | partial gift | 05/25 | J | | gift to relative |
| 210. | | | | | gift | 07/16 | J | | gift to relative |
| 211. Alcan Inc | A | Dividend | | | gift | 09/14 | | | gift to relative |
| 212. Apache Corp | A | Dividend | K | T | partial gift | 12/24 | | | gift to charity |
| 213. Barr Pharmaceuticals | | | J | T | | | | | |
| 214. Berkeley W.R. Corp | | | | T | sell | 07/11 | J | | |
| 215. Biomet Corp | | | | T | sell | 07/19 | J | D | |
| 216. BJ Svc Co | | | | T | sell | 04/23 | J | | |
| 217. Black & Decker | A | Dividend | J | T | | | | | |
| 218. CVS/Caremark | A | Dividend | K | T | | | | | |
| 219. Camden National | B | Dividend | L | T | partial sale | 02/02 | J | D | |
| 220. | | | | | partial gift | 02/01 | J | | gift to relative |
| 221. | | | | | partial gift | 08/30 | J | | gift to relative |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 222. | | | | | partial gift | 09/14 | K | | gift to relative |
| 223. Centex Corp | A | Dividend | J | T | | | | | |
| 224. Costco Wholesale | A | Dividend | J | T | | | | | |
| 225. Devon Energy | A | Dividend | K | T | | | | | |
| 226. Duke Energy | A | Dividend | J | T | buy | 06/22 | J | | |
| 227. Ebay Inc | | | | | sell | 02/02 | J | B | |
| 228. Emdeon Corp | | | | | sell | 01/08 | J | A | |
| 229. Exelon Corp | A | Dividend | K | T | | | | | |
| 230. Exxon Mobil | A | Dividend | K | T | partial gift | 09/14 | K | | gift to relative |
| 231. First Data | A | Dividend | | T | cash merger | 09/25 | J | B | |
| 232. Forrest Labs Inc | | | J | T | | | | | |
| 233. FPL Group | A | Dividend | K | T | | | | | |
| 234. Gen Dynamics | A | Dividend | J | T | | | | | |
| 235. Gen Mills | A | Dividend | J | T | | | | | |
| 236. Gilead Sciences | | | J | T | | | | | |
| 237. Granger, W.W. Inc | A | Dividend | J | T | | | | | |
| 238. Honeywell Intl | A | Dividend | J | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Ideare Inc | | | | T | sell | 02/02 | J | A | |
| 240. Illinios Tool Works | A | Dividend | J | T | | | | | |
| 241. Keycorp | A | Dividend | J | T | | | | | |
| 242. Leggett & Platt | A | Dividend | J | T | | | | | |
| 243. Lehman Bros | A | Dividend | K | T | | | | | |
| 244. Lincoln Natl Corp | A | Dividend | J | T | | | | | |
| 245. Lowes Cos | A | Dividend | J | T | | | | | |
| 246. Nokia Corp | A | Dividend | J | T | | | | | |
| 247. Pepsico Inc | A | Dividend | K | T | | | | | |
| 248. Praxair Inc | A | Dividend | K | T | | | | | |
| 249. Proctor & Gamble | A | Dividend | J | T | | | | | |
| 250. RPM Intl Inc | A | Dividend | J | T | | | | | |
| 251. Siemens AG Com | | | K | T | | | | | |
| 252. Southern Co | A | Dividend | J | T | | | | | |
| 253. Staples Inc | A | Dividend | J | T | | | | | |
| 254. Starbucks Corp | | | J | T | | | | | |
| 255. St Paul Travelers | | | | | | | | | nka Travelers Ins |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less  F =$50,001 - $100,000 | B =$1,001 - $2,500  G =$100,001 - $1,000,000 | C =$2,501 - $5,000  H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000  H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less  N =$250,001 - $500,000  P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000  O =$500,001 - $1,000,000 | L =$50,001 - $100,000  P1 =$1,000,001 - $5,000,000  P4 =More than $50,000,000 | M =$100,001 - $250,000  P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal  U =Book Value | R =Cost (Real Estate Only)  V =Other | S =Assessment  W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. Stryker Corp | A | Dividend | J | T | | | | | |
| 257. Target Corp | A | Dividend | J | T | | | | | |
| 258. Teva Pharmaceuticals | A | Dividend | J | T | | | | | |
| 259. Textron Inc | A | Dividend | J | T | | | | | |
| 260. 3M Corp | A | Dividend | K | T | | | | | |
| 261. Travelers Cos | A | Dividend | J | T | | | | | fna St Paul Travelers |
| 262. US Bancorp | A | Dividend | J | T | | | | | |
| 263. United Health Group | A | Dividend | K | T | | | | | |
| 264. Verizon Comm | A | Dividend | J | T | | | | | |
| 265. Wellpoint | | | K | T | | | | | |
| 266. Wells Fargo | A | Dividend | J | T | | | | | |
| 267. Western Union | A | Dividend | J | T | | | | | |
| 268. Victory Special Value Fd | A | Dividend | K | T | | | | | |
| 269. Victory Ta Free Money Market | A | Interest | K | T | | | | | |
| 270. | | | | | | | | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) mount Code 1 (A-H) | (2) Type (e.g., div., rent, or nt.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ●=Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gillmor, Helen | 05/08/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gillmor, Helen | 05/08/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544